UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC. et al,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>INDIVIDUALS AND ENTITIES et al,<br><br>　　　　　　Defendant(s). | CASE NO. 2:22-cv-00757-TL<br><br>(SEALED)<br><br>ORDER OF REFERRAL |

This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:22-cv-00757-TL-BAT. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("MJR") 3(a), the Court hereby refers to the Honorable Brian A. Tsuchida, United States Magistrate Judge, all non-dispositive pretrial matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A).

Federal Rule of Civil Procedure 72(a) governs any objections to Judge Tsuchida concerning any non-dispositive motions. *See also* MJR 3(b).

Accordingly, the Court ORDERS that the above-entitled action be referred to Judge Tsuchida for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Judge Tsuchida to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

Dated this 8th day of July 2022.

Tana Lin
United States District Judge