UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM Inc. et al.,<br><br>                Plaintiff,<br><br>   v.<br><br>INDIVIDUALS AND ENTITIES, et al.,<br><br>                Defendant. | CASE NO. 2:22-cv-00757-TL-BAT<br><br>**ORDER TO SHOW CAUSE** |

On July 8, 2022, the Court ordered Plaintiff to file status reports every six months. Dkt. 9. On January 9, 2023, the Court ordered Plaintiff to file a Joint Status Report (JSR) no later than March 6, 2023. Dkt. 15. Plaintiff has neither filed a status report nor a JSR and is therefore ORDERED to show cause by March 13, 2023, why the case should not be dismissed for violating Court orders and failing to prosecute this case.

DATED this 7th day of March, 2023.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

ORDER TO SHOW CAUSE - 1