UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM Inc. et al.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>INDIVIDUALS AND ENTITIES, et al.,<br><br>　　　　　　Defendant. | CASE NO. 2:22-cv-00757-TL-BAT<br><br>**ORDER STRIKING ORDER TO SHOW CAUSE AND RESETTING DEADLINES** |

After the Court issued an Order to Show Cause on March 7, 2023, the clerk of court docketed a motion to extend deadlines that plaintiff had placed into the "Drop Box" on March 6, 2023. In its motion, Plaintiff requests the Court extend all deadlines set in the Court's Order for Joint Status Report. *See* Dkt. 15. As grounds, Plaintiff submits it needs additional time to complete its investigation of the whereabouts of Defendants. The Court having considered the motion and record **ORDERS**:

1. The Court **STRIKES** the Order to Show Cause (Dkt. 16).

2. The Court **STRIKES** the deadlines regarding initial disclosures, joint status report and early settlement. Dkt. 15.  Due to the difficulty Plaintiff faces in locating Defendants, the requirements set forth in the Court's order for joint status report cannot be met at this time.

ORDER STRIKING ORDER TO SHOW
CAUSE AND RESETTING DEADLINES - 1

3. Plaintiff shall file a status report no later than **August 31, 2023, 12:00 pm, Noon, Pacific Standard Time.** The status report shall set forth the status of the ongoing criminal investigation of Defendants; state whether there are compelling reasons to continue sealing of this matter; and the status of discovering the location of Defendants so they can be served. If a further extension is requested, Plaintiff shall set forth the reasons.

DATED this 7th day March, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER STRIKING ORDER TO SHOW
CAUSE AND RESETTING DEADLINES - 2