UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM Inc., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:22-cv-00757-TL-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR EXPEDITED DISCOVERY AND SETTING DEADLINES FOR COMPLETION OF DISCOVERY AND SERVICE** |

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC's (collectively "Plaintiffs") filed a Motion for Expedited Discovery. Dkt. 22. Having considered Plaintiff's motion, supporting declarations, balance of record, and finding good cause, it is hereby **ORDERED**:

1. Plaintiffs' motion (Dkt. 22) is **GRANTED**. Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas to obtain information regarding Defendants' true identities, locations, and the scope of the alleged counterfeiting scheme from (1) Payoner Inc.; (2) First Century Bank; (3) Wells Fargo Bank N.A.; (4) Bank of America N.A.; (5) Evolve Bank & Trust; (6) MetaBank, National

Association; (7) Google LLC; and (8) Microsoft Corporation. To the extent Plaintiffs identify additional entities or individuals in subpoena responses as having responsive information related to the identity or location of the Defendants or other bad actors responsible for the illegal counterfeiting scheme alleged in the Complaint, Plaintiff will seek leave from the Court to serve additional Rule 45 subpoenas on those entities or individuals.

2. Plaintiffs shall complete the expedited discovery by **August 31, 2023**.

3. Plaintiff shall file a status report no later than **September 18, 2023, 12:00 pm, Noon, Pacific Standard Time.** The status report shall set forth the status of the ongoing criminal investigation of Defendants; state whether there are compelling reasons to continue sealing of this matter; and the status of discovering the location of Defendants so they can be served. If a further extension is requested, Plaintiffs shall set forth the reasons.

DATED this 21st day of April, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR EXPEDITED DISCOVERY AND SETTING DEADLINES FOR COMPLETION OF DISCOVERY AND SERVICE - 2