The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>　　　　　　　　Defendants. | No. 2:22-cv-00757-TL-BAT *SEALED*<br><br>*Consolidated Case:*<br>No. 2:22-cv-00758-TL<br><br>**ORDER GRANTING MOTION TO UNSEAL DOCUMENTS AND CASES FILED UNDER SEAL** |

ORDER TO UNSEAL - 1
(2:22-cv-00757-TL-BAT)
FILED UNDER SEAL

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Having considered the Motion to Unseal Documents and Cases (the "Motion") (Dkt. 26) brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC, and thus being fully informed of the matter, the Court hereby **GRANTS** the Motion.

It is hereby **ORDERED** that,

    A.    The Motion is **GRANTED**;

    B.    Case Nos. 2:22-cv-00757 and 2:22-cv-00758 shall be unsealed in their entirety such that both appear on the public docket.

It is so **ORDERED**.

DATED this 12th day of June, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

_____
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

_____
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER TO UNSEAL - 2
(2:22-cv-00757-TL-BAT)
FILED UNDER SEAL

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax