The Honorable Brian A. Tsuchida

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10 | AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
11 | a Delaware limited liability company;
SPECTRUM BRANDS PET LLC, a New York
12 | limited liability company,

13 |          Plaintiffs,

14 |     v.

15 | Individuals and Entities Doing Business as
Certain Amazon Selling Accounts Identified in
16 | SCHEDULES 1A, 1B, and 2; and DOES 1-10,

17 |          Defendants.

No. 2:22-cv-00757-TL-BAT

*Consolidated Case:*
No. 2:22-cv-00758

**AMENDED ORDER GRANTING
PLAINTIFFS' *EX PARTE* MOTION
FOR EXPEDITED DISCOVERY AND
SETTING DEADLINES FOR
COMPLETION OF DISCOVERY AND
SERVICE**

18

19 |     Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC

20 | (collectively "Plaintiffs") filed a Motion for Expedited Discovery. Dkt. 22. Having considered

21 | Plaintiffs' Motion, supporting declarations, balance of record, and finding good cause, it is

22 | hereby ORDERED:

23 |     1. Plaintiffs' motion (Dkt. 22) is **GRANTED**. Plaintiffs are granted leave, prior to the

24 |        Rule 26(f) conference, to serve Rule 45 subpoenas to obtain information regarding

25 |        Defendants' true identities, locations, and the scope of the alleged counterfeiting

26 |        scheme from (1) Payoneer Inc.; (2) First Century Bank; (3) Wells Fargo Bank, N.A.;

27

AMENDED ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR EXPEDITED DISCOVERY AND SETTING
DEADLINES FOR COMPLETION OF DISCOVERY AND SERVICE- 1
(No. 2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

(4) Bank of America N.A.; (5) Evolve Bank and Trust; (6) MetaBank, National Association; (7) Google LLC; 8) Microsoft Corporation; and (9) JPMorgan Chase Bank, N.A. To the extent Plaintiffs identify additional entities or individuals in subpoena responses as having responsive information related to the identity or location of the Defendants or other bad actors responsible for the illegal counterfeiting scheme alleged in the Complaint, Plaintiff will seek leave from the Court to serve additional Rule 45 Subpoenas on those entities or individuals.

2.  Plaintiff shall complete the expedited discovery by **August 31, 2023**.

3.  Plaintiff shall file a status report no later than **September 18, 2023, 12:00 pm, Noon, Pacific Standard Time.** The status report shall set forth the status of the ongoing criminal investigation of Defendants; state whether there are compelling reasons to continue sealing of this matter; and the status of discovering the location of Defendants so they can be served. If a further extension is requested, Plaintiffs shall set forth the reasons.

DATED this 15th day of June, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

AMENDED ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR EXPEDITED DISCOVERY AND SETTING
DEADLINES FOR COMPLETION OF DISCOVERY AND SERVICE- 2
(No. 2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax