The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS CERTAIN AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00757-TL-BAT<br><br>Consolidated Case:<br>No. 2:22-cv-00758<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY** |

THIS MATTER came before the Court on the *ex parte* supplemental motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC (together, "Plaintiffs") for leave to serve expedited third-party discovery on Hyperwallet (the "Motion"). Dkt. 30. The Court has considered Plaintiffs' Motion, the supporting declaration, and the governing law. Accordingly, it is hereby **ORDERED**:

Plaintiffs' Supplemental Motion for Expedited Discovery (Dt. 30) is **GRANTED**. Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve a Rule 45 subpoena to obtain information regarding the identities and locations of Defendants and other bad actors involved in the alleged counterfeiting scheme from Hyperwallet. To the extent Plaintiffs identify additional entities or individuals in subpoena responses as having responsive information related

ORDER GRANTING PLAINTIFFS' *EX PARTE*
SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY - 1
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

to the identity or location of Defendants or other bad actors responsible for the counterfeiting scheme alleged in the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those entities or individuals.

SO ORDERED this 28th day of July, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com
ORDER GRANTING PLAINTIFFS' *EX PARTE* SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY - 2
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax