1
2
3
4
5
6

The Honorable Tana Lin
The Honorable Brian A. Tsuchida

7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  AMAZON.COM, INC., a Delaware
    corporation; AMAZON.COM SERVICES LLC,
11  a Delaware limited liability company;
    SPECTRUM BRANDS PET LLC, a New York
12  limited liability company,

13                      Plaintiffs,

14          v.

15  Individuals and Entities Doing Business as
    Certain Amazon Selling Accounts Identified in
16  SCHEDULES 1A, 1B, and 2; and DOES 1-10,

17                      Defendants.

18

No. 2:22-cv-00757-TL-BAT

Consolidated Case:
No. 2:22-cv-00758

**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO EXTEND DEADLINE TO COMPLETE EXPEDITED DISCOVERY**

19      THIS MATTER came before the Court on the *Ex Parte* Status Report and Motion to

20  Extend Deadline to Complete Expedited Discovery (the "Motion") brought by Plaintiffs

21  Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC (together,

22  "Plaintiffs"). Dkt. 33. The Court has considered the Motion and the governing law. Accordingly,

23  it is **ORDERED**:

24      Plaintiffs' Motion (Dkt. 33) is **GRANTED**. The Court extends the deadline, set forth in

25  its June 15, 2023 Order, for Plaintiffs to complete the expedited discovery previously authorized

26

27  ORDER GRANTING PLAINTIFFS'*EX PARTE*
    MOTION TO EXTEND DEADLINE TO COMPLETE EXPEDITED
    DISCOVERY - 1
    (2:22-cv-00757-TL-BAT)

    Davis Wright Tremaine LLP
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1640
    206.622.3150 main · 206.757.7700 fax

1    by the Court to **October 30, 2023**. Plaintiffs are further ordered to provide an additional status

2    report no later than **January 16, 2024**.

3

4          SO ORDERED this 16th day of August, 2023.

5

6                                        _____
                                         BRIAN A. TSUCHIDA
7                                        United States Magistrate Judge

8

9    Presented by:

10   DAVIS WRIGHT TREMAINE LLP
     *Attorneys for Plaintiffs*

11

12   *s/ Lauren B. Rainwater*
     Lauren B. Rainwater, WSBA #43625
13   920 Fifth Avenue, Suite 3300
     Seattle, WA 98104-1604
14   Tel: (206) 622-3150
     Fax: (206) 757-7700
15   Email: laurenrainwater@dwt.com

16   *s/ Scott R. Commerson*
     Scott R. Commerson, WSBA #58085
17   865 South Figueroa Street, Suite 2400
     Los Angeles, CA 90017-2566
18   Tel: (213) 633-6800
     Fax: (213) 633-6899
19   Email: scottcommerson@dwt.com

20

21

22

23

24

25

26

27   ORDER GRANTING PLAINTIFFS' *EX PARTE*
     MOTION TO EXTEND DEADLINE TO COMPLETE EXPEDITED
     DISCOVERY - 2                                        Davis Wright Tremaine LLP
     (2:22-cv-00757-TL-BAT)                               920 Fifth Avenue, Suite 3300
                                                          Seattle, WA  98104-1640
                                                          206.622.3150 main · 206.757.7700 fax