The Honorable Tana Lin
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00757-TL-BAT<br><br>Consolidated Case:<br>No. 2:22-cv-00758<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO EXTEND DEADLINE TO COMPLETE EXPEDITED DISCOVERY** |

The Court GRANTS Plaintiffs' Motion, Dkt. 35, and **ORDERS**: The deadline to complete discovery is reset to January 16, 2024. Plaintiff shall complete discovery by that date and file a status report on that date indicating whether service has been effected, or file a motion for alternative service. If service has not been effected and no motion for alternative service is filed, Plaintiff shall show cause why the case should not be dismissed.

Dated this 26th day of October, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO EXTEND DEADLINE TO COMPLETE EXPEDITED DISCOVERY - 1
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax