The Honorable Tana Lin
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00757-TL-BAT<br><br>Consolidated Case:<br>No. 2:22-cv-00758<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO EXTEND DEADLINE** |

THIS MATTER came before the Court on the *Ex Parte* Motion to Extend Deadline (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC (collectively, "Plaintiffs"). The Court has considered the Motion and the governing law. Accordingly, it is **ORDERED**:

Plaintiffs' Motion is **GRANTED**. The Court extends the deadline, set forth in its October 26, 2023 Order, for Plaintiffs to complete expedited discovery and serve Defendants, or file a motion for alternative service, to April 15, 2024.

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION TO EXTEND DEADLINE - 1
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1  SO ORDERED this 11th day of January, 2024.

2

3  _____
   BRIAN A. TSUCHIDA
4  United States Magistrate Judge

5

6  Presented by:

7  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Plaintiffs*

8

9  *s/ Lauren B. Rainwater*
   Lauren B. Rainwater, WSBA #43625
10 920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1604
11 Tel: (206) 622-3150
   Fax: (206) 757-7700
12 Email: laurenrainwater@dwt.com

13 *s/ Scott R. Commerson*
   Scott R. Commerson, WSBA #58085
14 865 South Figueroa Street, Suite 2400
   Los Angeles, CA 90017-2566
15 Tel: (213) 633-6800
   Fax: (213) 633-6899
16 Email: scottcommerson@dwt.com

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION TO EXTEND DEADLINE - 2
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax