The Honorable Tana Lin
The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS CERTAIN AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00757-TL-BAT<br><br>*Consolidated Cases*:<br>No. 2:22-cv-00758-TL-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR LEAVE TO FILE CONSOLIDATED THIRD AMENDED COMPLAINT** |

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Leave to File Consolidated Third Amended Complaint (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services, LLC, and Spectrum Brands Pet LLC (collectively, "Plaintiffs"). Having considered Plaintiffs' Motion and finding good cause, it is hereby **ORDERED**:

Plaintiffs' Motion is **GRANTED**. Plaintiffs are directed to file with the Court Plaintiffs' Consolidated Third Amended Complaint for Damages and Equitable Relief, in the form attached as Exhibit B to the Declaration of Lauren B. Rainwater submitted with Plaintiffs' Motion.

SO ORDERED this 15th day of April, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE AMENDED COMPLAINT - 1
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| 1 | Presented by: |
| 2 | DAVIS WRIGHT TREMAINE LLP<br>*Attorneys for Plaintiffs* |
| 3 | |
| 4 | <u>s/ Scott R. Commerson</u><br>Scott R. Commerson, WSBA #58085 |
| 5 | 865 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017-2566<br>Tel: (213) 633-6800 |
| 6 | Fax: (213) 633-6899<br>Email: scottcommerson@dwt.com |
| 7 | |
| 8 | <u>s/ Lauren B. Rainwater</u><br>Lauren B. Rainwater, WSBA #43625 |
| 9 | 920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1604<br>Tel: (206) 622-3150 |
| 10 | Fax: (206) 757-7700<br>Email: laurenrainwater@dwt.com |

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT - 2
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax