The Honorable Tana Lin
The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00757-TL-BAT<br><br>***Consolidated Case***:<br>No. 2:22-cv-00758<br><br>**ORDER SETTING DEADLINE TO SERVE DEFENDANTS** |

THIS MATTER came before the Court on the Status Report submitted by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC (collectively, "Plaintiffs"). The Court has considered Plaintiffs' Status Report and **ORDERS** that Plaintiffs' deadline to serve Defendants, or file a motion for alternative service, shall be 60 days from the date of the filing of Plaintiffs' Consolidated Third Amended Complaint.

SO ORDERED this 15th day of April, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING
DEADLINE TO SERVE DEFENDANTS - 1
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER SETTING
DEADLINE TO SERVE DEFENDANTS - 2
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax