The Honorable Tana Lin
The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS IDENTIFIED IN SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00757-TL-BAT<br><br>*Consolidated Case*:<br>No. 2:22-cv-00758-TL-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION TO FILE OVER-LENGTH** ***EX PARTE*** **MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 4,800 words.

SO ORDERED this _____ day of August, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

<u>/s Lauren Rainwater</u>
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax