The Honorable Tana Lin
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS IDENTIFIED IN SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00757-TL-BAT<br><br>*Consolidated Case*:<br>No. 2:22-cv-00758-TL-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Alternative Service (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC (collectively, "Plaintiffs"). Dkt. 56. The Court having considered Plaintiffs' Motion and finding good cause, it is hereby **ORDERED**:

1. Plaintiffs' Motion is **GRANTED**.

2. Plaintiffs are authorized to serve the following Defendants via the email addresses listed below:

   a. on Defendant Tarik Acar: ruzgardegerleme@gmail.com;

   b. on Defendant Ali Akdogan: akdtrade77@gmail.com;

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 1
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

  c. on Defendant Gulcan Akdogan: gulcantrade@gmail.com;

  d. on Defendant Emir Alkan: ferdicelik2121@gmail.com;

  e. on Defendant Mehmet Ayaz: mehmetamz@gmail.com;

  f. on Defendant Huseyin Ayaz: bombomayz@gmail.com;

  g. on Defendant Murat Bayram: muratbayram1250@gmail.com;

  h. on Defendant Sahin Balut: melidiallc@gmail.com;

  i. on Defendant Muhammed Fatih Buyukyildiz: mfbyz1453@gmail.com;

  j. on Defendant Enes Cankaya: enescankaya@outlook.com;

  k. on Defendant Botan Cevarun: botanncvrn@gmail.com;

  l. on Defendant Baris Cicek: bariscicek1202@gmail.com;

  m. on Defendant Ferhat Demir: skylifegrup@gmail.com;

  n. on Defendant Murat Demir: 013daglee35@gmail.com;

  o. on Defendant Denize Dilber: dilberogluoktay@gmail.com;

  p. on Defendant Fahriye Hascelik: nicaeahome@gmail.com;

  q. on Defendant Hamidbek Jumabayev: jumabayevhamidbek@gmail.com;

  r. on Defendant Barbaros Kambak: barbaroskambak16@gmail.com;

  s. on Defendant Ibrahim Karakaya: krkayaamz@gmail.com;

  t. on Defendant Mucahit Kaya: passglobal1@gmail.com;

  u. on Defendant Erhan Koca: erhnkoca@gmail.com;

  v. on Defendant Emrah Kuslu: emrh.kuslu@gmail.com;

  w. on Defendant Neslihan Kuslu: nesliamazonhesap@gmail.com;

  x. on Defendant Yinglan Lin: yinglanlin0808@163.com;

  y. on Defendant Mahmut Ozbek: ozbek2057us@gmail.com

  z. on Defendant Ali Burak Ozturk: olexytradingllc@gmail.com;

  aa. on Defendant Yasemin Ozturk: yaso4528@gmail.com;

  bb. on Defendant Seyfihan Sahin: seyfiowa17@yandex.com;

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 2
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

   cc. on Defendant Deniz Senel: comepanyaltd@gmail.com;

   dd. on Defendant Osman Nuri Senel: comepanyaltd@gmail.com;

   ee. on Defendant Emre Unver: unveremre00@gmail.com;

   ff. on Defendant Mustafa Unver: munver286@gmail.com;

   gg. on Defendant Ozkan Yenihayat: ozkanyenihayat@gmail.com;

   hh. on Defendant Adem Omer Yilmaz: ademomr1313@gmail.com; and

   ii. on Defendant Emir Safa Yolcu: emirsafayolcuamz@gmail.com

SO ORDERED this 19th day of August, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*/s Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 3
(2:22-cv-00757-TL-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax