The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS IDENTIFIED IN SCHEDULES 1A, 1B, and 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00757-TL<br><br>*Consolidated Case*:<br>No. 2:22-cv-00758-TL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT DENIZE DILBER WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC, on the one hand, and Defendant Denize Dilber, on the other hand, that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant Denize Dilber, and only Defendant Denize Dilber, should be dismissed from this action, with prejudice, and without costs, attorneys' fees, or expenses to any party.

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
(2:22-cv-00757-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

STIPULATED AND AGREED TO this 24th day of July, 2025:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

DEFENDANT

*s/ Denize Dilber*
Denize Dilber
Email: dilberogluoktay@gmail.com

STIPULATION OF DISMISSAL WITH PREJUDICE - 2
(2:22-cv-00757-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**[~~PROPOSED~~] ORDER**

THIS MATTER comes before the Court on a stipulation between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC (collectively, "Plaintiffs") and Defendant Denize Dilber to dismiss with prejudice all claims against Defendant Denize Dilber. Having reviewed the stipulation as well as the pleadings on file in the above-captioned matter, the Court **ORDERS** as follows:

1. The claims against Defendant Denize Dilber are dismissed with prejudice.
2. The case shall proceed with respect to Plaintiffs' claims against remaining Defendants.

SO ORDERED this 24th day of July 2025.

_[signature]_

THE HONORABLE TANA LIN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE - 3
(2:22-cv-00757-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax