The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; SPECTRUM BRANDS PET LLC, a New York limited liability company,

Plaintiffs,

v.

INDIVIDUALS IDENTIFIED IN SCHEDULES 1A, 1B, and 2; and DOES 1-10,

Defendants.

No. 2:22-cv-00757-TL

**Consolidated Case**:
No. 2:22-cv-00758-TL

**STIPULATION OF DISMISSAL OF DEFENDANT EMRAH KUSLU WITH PREJUDICE**

WITHOUT ORAL ARGUMENT

NOTE ON MOTION CALENDAR:
APRIL 28, 2026

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC, on the one hand, and Defendant Emrah Kuslu, on the other hand, that in accordance with Rule 41(a)(1)(A(ii) of the Federal Rules of Civil Procedure, Defendant Emrah Kuslu, and only Defendant Emrah Kuslu, should be dismissed from this action, with prejudice, and without costs, attorneys' fees, or expenses to any party.

*I certify that this memorandum contains 71 words, in compliance with the Local Civil Rules.*

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
(2:22-cv-00757-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

STIPULATED AND AGREED TO this 28th day of April, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

/s/ Scott Commerson
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

DEFENDANT

/s/ Emrah Kuslu
Emrah Kuslu
Email: emrh.kuslu@gmail.com

STIPULATION OF DISMISSAL WITH PREJUDICE - 2
(2:22-cv-00757-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

## [PROPOSED] ORDER

THIS MATTER comes before the Court on a stipulation between Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Spectrum Brands Pet LLC (collectively, "Plaintiffs") and Defendant Emrah Kuslu to dismiss with prejudice all claims against Defendant Emrah Kuslu. Having reviewed the stipulation as well as the pleadings on file in the above-captioned matter, the Court **ORDERS** as follows:

1.    The claims against Defendant Emrah Kuslu are dismissed with prejudice.

2.    The case shall proceed with respect to Plaintiffs' claims against remaining Defendants.


SO ORDERED this 29th day of April, 2026.

THE HONORABLE TANA LIN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE - 3
(2:22-cv-00757-TL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax